UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 12-40742 |
| ) | Chapter 13 |
| JAMIE EUGENE YELTON and ) | |
| DANA HEAD YELTON, ) | |
| ) | |
| Debtors. ) | |

## LIMITED OBJECTION OF ROBERT C. BARNETT, JR. TO DEBTORS' AMENDMENT TO PLAN

Robert C. Barnett, Jr., Trustee for the bankruptcy estate of Donald Yelton and Joan Yelton, Case No. 09-40314 (the "Trustee"), hereby responds to the Debtors' Amendment to Chapter 13 Plan ("Plan") and requests a hearing thereon on a limited basis. The Trustee does not oppose the Plan, so long as upon the completion of the plan, the Trustee has in fact received 14% of his claim filed in the bankruptcy case of Jamie Eugene Yelton and Dana Head Yelton, Claim No. 28, as estimated by the plan.

DATED this 22nd day of October, 2013.

/s/ Jessica V. Shaddock
John W. Taylor, Bar No. 21378
Jessica V. Shaddock, Bar No. 41578
4600 Park Road, Suite 420
Charlotte, NC  28209
(704) 540-3622

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that I have served a copy of the LIMITED OBJECTION OF ROBERT C. BARNETT, JR. TO MOTION TO DEBTORS' AMENDMENT TO PLAN by either Electronic Case Filing as indicated or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the below listed parties this 22nd day of October, 2013.

| | |
|---|---|
| William S. Gardner, Attorney for Debtors | Via Electronic Case Filing |
| Steven G. Tate, Chapter 13 Trustee | Via Electronic Case Filing |

    /s/ Jessica V. Shaddock
    John W. Taylor, Bar No. 21378
    Jessica V. Shaddock, Bar No. 41578
    4600 Park Road, Suite 420
    Charlotte, NC  28209
    (704) 540-3622